**William E. DEMAINE et al.**

v.

**Louis CEDRONE et al.**

**No. 79–339–Appeal.**

Supreme Court of Rhode Island.

March 23, 1982.

F. Monroe Allen, Providence, for plaintiffs-appellants.

Anthony M. Gallone, Providence, for defendants-appellees.

OPINION

PER CURIAM.

The judgment of the Superior Court is affirmed by an equally divided court.

SHEA, J., did not participate.